UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY<br>    Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 2010-00203 |
| VS. | * <br> * | JUDGE: LANCE M. AFRICK |
| RESOURCE MANAGEMENT, INC.;<br>MICHAEL ZABALAOUI;<br>D. RANDOLPH WAESCHE; P.K.<br>SCHEERLE; BRUCE BOLYARD;<br>THE BOLYARD CHILDREN'S TRUST;<br>THE BOLYARD FAMILY INSURANCE<br>TRUST; MARGARET CANDON; and<br>BETTY WILSON JEFFREY<br>    Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MAGISTRATE: DANIEL KNOWLES III |

## RMI DEFENDANTS' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS

Defendants Resource Management, Inc., Michael Zabalaoui and D. Randolph Waesche (collectively, the "RMI Defendants") respectfully move this Court to dismiss, or, in the alternative, stay these proceedings. As set forth in the Memorandum filed in support of this Motion, Plaintiff and all defendants are parties to a direct action in state court, which joins all issues between and amongst the claimants, insureds, and carriers in a single proceeding. Thus, for reasons of judicial economy and under well-established case law, this Court should dismiss this action, or in the alternative, stay the proceedings.

This Motion is supported by the Memorandum filed contemporaneously herewith and by the following Exhibits (attached hereto):

| | | |
|---|---|---|
| Exhibit A | Affidavit of George Denegre, Jr., and the following exhibits thereto: | |
| | Exhibit 1 (*in globo*): | Original Petitions filed in the *Scheerle* Lawsuit (*P.K. Scheerle, et al. v. Judith Zabalaoui, et al.*, No. 08-12562, Civil District Court, Parish of Orleans, and *P.K. Scheerle, et al. v. Judith Zabalaoui, et al.*, No. 667443, 24th Judicial District Court, Parish of Jefferson) |
| | Exhibit 2 (*in globo*) | First Amended and Supplemental Petitions filed in the *Scheerle* Lawsuit |
| | Exhibit 3 (*in globo*) | Second Amended and Supplemental Petitions filed the *Scheerle* Lawsuit |
| | Exhibit 4 (*in globo*) | Motions to Amend Petition, with corresponding Orders and Third Amended and Supplemental Petitions, filed in the *Scheerle* Lawsuit |
| | Exhibit 5 (*in globo*) | Motions to Amend Petitions, with corresponding Orders and Fourth Amended and Supplemental Petitions, filed in the *Scheerle* Lawsuit |
| | Exhibit 6 | Evanston Insurance Company's Exception, Answer, and Affirmative Defenses to Plaintiffs' Original Petition, First Amended and Supplemental Petition, Second Amended and Supplemental Petition, Third Amended Supplemental Petition, and Fourth Amended and Supplemental Petition filed in the *Scheerle* Lawsuit in Jefferson Parish |

Respectfully submitted,

/s/ George Denegre, Jr.
George Denegre, Jr. (Bar No. 8387)
James A. Brown (Bar No. 14101)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile:  (504) 556-4108

**Attorneys for Resource Management, Inc., Michael Zabalaoui, D. Randolph Waesche**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December, 2010, I electronically filed the forgoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

/s/ George Denegre, Jr.

958459_1.Docx